**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

CHARLES RICHARD ALSOP GILBERT, JR.,

Petitioner,

v. Case No. ______________

JUDYTH A. LEDOUX, Director of Industry Operations, United States Bureau of Alcohol, Tobacco, Firearms, and Explosives, Columbus Field Division,

Respondent.

**PETITION FOR DE NOVO JUDICIAL REVIEW**

Petitioner, CHARLES RICHARD ALSOP GILBERT, JR., by counsel, brings his cause of action against Defendant in his official capacity as Director of the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), stating as follows:

**Introduction**

1. Petitioner brings this petition under 18 U.S.C. § 923(f)(3), seeking review of the denial of his application for a Federal Firearms License (FFL) under 18 U.S.C. § 923.

**Jurisdiction and Venue**

2. This Court has jurisdiction under 18 U.S.C. § 923(f)(3) and 28 U.S.C. § 1331, as this action arises under the laws of the United States.

3. Venue in this Court is appropriate under 18 U.S.C. § 923(f)(3) and 28 U.S.C. § 1391(b)(2), as Petitioner's principal place of business is located in the Northern District of Indiana.

**Facts Underlying the Petition**

4. Petitioner is a citizen of the State of Maryland residing in Rockville.

5. Petitioner owns and operates as his principal place of business Gilbert Indoor Range, located

at 2705 S. Franklin Street in Michigan City, Indiana, in LaPorte County.

6. Respondent is the current Director of Field Operations for ATF's Columbus, Ohio, office, named in her capacity as delegee of the Attorney General of the United States, the issuing authority for FFLs under 18 U.S.C. § 923.

7. In May 2013, Petitioner applied for a FFL with ATF, under license number 4-35-091-01-PA-05498.

8. On November 1, 2013, ATF issued its Notice of Denial of License, Form 4498, to Petitioner.

9. On November 8, 2013, Petitioner timely requested a hearing to review ATF's denial of his application, then requested that the hearing be reset. ATF complied with both requests, and held a hearing on April 15, 2014, at which Petitioner and ATF presented evidence before a hearing officer.

10. On May 22, 2014, ATF, through its hearing officer, issued its Notice of Final Denial, denying Petitioner's application.

11. Petitioner now timely brings this Petition to seek judicial review of ATF's denial.

**Petition**

12. Respondent's denial of Petitioner's FFL application violates (1) federal law, including 18 U.S.C. § 923(d)(1)(C) and 28 U.S.C. § 2462, and (2) the United States Constitution, including the Fifth and Fourteenth Amendments.

13. Respondent's denial of Petitioner's FFL application was arbitrary and capricious, unsupported by substantial evidence, and an abuse of discretion.

14. Thus, Respondent was not authorized to deny Petitioner's FFL application.

15. Because of Respondent's illegal and improper denial of Petitioner's FFL application,

Petitioner has suffered and continues to suffer substantial harm

16. Pursuant to 18 U.S.C. § 923(f), this Court should decide that Respondent was not authorized to deny Petitioner's FFL application and order the Attorney General to take all action necessary to comply with its judgment, including issuing Petitioner a FFL.

**Prayer for Relief**

Petitioner, by counsel, prays for judgment in his favor and against Respondent, reversing the decision of ATF's hearing officer and ordering and enjoining Respondent to approve Petitioner's FFL application, and for all other appropriate relief.

s/Adam J. Sedia
Adam J. Sedia
Indiana Attorney No. 28775-45
Rubino, Ruman, Crosmer & Polen
275 Joliet Street, Suite 330
Dyer, Indiana 46311
Telephone (219) 322-8222
Fax: (219) 322-6675
Email: asedia@rubinoruman.com
Attorney for Plaintiff